## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 210 - 2 | **DATE** | 3/18/2008 |
| **CASE TITLE** | USA vs. Kiewanna Richardson | | |

**DOCKET ENTRY TEXT**

Status hearing held on 3/18/2008. Matthew Madden from the Federal Defender Program withdraws his appearance as counsel for defendant. Carl P. Clavelli files his appearance as appointed counsel for defendant. Defendant waives her right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | IS |
|---|---|---|